UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. C-99-99-1 |
| FLORENTINO JAMES CASTANEDA JR. | § | |

## ORDER RESETTING REVOCATION SUPERVISED RELEASE TERM HEARING

IT IS HEREBY ORDERED that this matter (previously set for October 26, 2007) is hereby reset for sentencing on November 26, 2007 at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 25th day of October, 2007, at McAllen, Texas

_____
Randy Crane
United States District Judge