UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. C-99-99-1 |
| | § | |
| FLORENTINO CASTANEDA JR | § | |

### ORDER RESETTING REVOCATION SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for January 3, 2008) is hereby reset for revocation sentencing on January 25, 2008, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 2nd day of January, 2008, at McAllen, Texas.

_____
Randy Crane
United States District Judge