UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. C-99-99-1 |
| | § | |
| FLORENTINO CASTANEDA JR | § | |

## ORDER RESETTING HEARING
## ON REVOCATION OF SUPERVISED RELEASE TERM

IT IS HEREBY ORDERED that this matter (previously set for March 28, 2008) is hereby reset for hearing on April 18, 2008 at **9:00 a.m**. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, to determine whether the Defendant's supervised release term should be revoked.

SO ORDERED this 28th day of March, 2008, at McAllen, Texas.

_____
Randy Crane
United States District Judge